# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHTA DANIEL HADGU. <br><br> Petitioner, <br><br> v. <br><br> DHS, <br><br> Respondent. | Case No. 19-cv-01316-BAS-WVG <br><br> **ORDER DISMISSING DUPLICATIVE PETITION** <br><br> **[ECF No. 1]** |

*Pro se* Petitioner Bahta Daniel Hadgu is a native and citizen of Eritrea who allegedly received asylum in Switzerland and who is detained at the Otay Mesa Detention Center in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement. On July 15, 2019, Petitioner filed two Petitions for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1; *see also Hadgu v. DHS*, No. 19-cv-01314-BAS-WVG (S.D. Cal. filed July 15, 2019).) Upon review, the substance of these Petitions is identical. The Court already dismissed without prejudice the first Petition in Case No. 19-cv-1314. (ECF No. 7 in No. 19-cv-1314.) Accordingly, the second Petition filed in this action is subject to dismissal for the same reasons.

Furthermore, the Court will dismiss this second Petition because it is duplicative, and there is no reason for a second action to be pending simultaneously.

Consequently, the Court **DISMISSES WITHOUT PREJUDICE** the Petition (ECF No. 1). The parties are **ORDERED** to not file any more items in this duplicative action. Instead, the parties are directed to follow the Court's order in Case No. 19-cv-1314. The Clerk of the Court shall close this duplicative case.

**IT IS SO ORDERED.**

**DATED: August 30, 2019**

Hon. Cynthia Bashant
United States District Judge